UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80319-CIV-HURLEY/HOPKINS

MERCI MURADIEU,

    Plaintiff,

v.

RACHAEL, INC., et al.,

    Defendants.
_____/

**CLOSED CASE**

### ORDER OF CLOSE OUT

**THIS CAUSE** is before the court upon the parties' joint stipulation of dismissal without prejudice [DE # 20] filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) on October 8, 2008. There being nothing further for the court to resolve, it is hereby **ORDERED** and **ADJUDGED** that:

1. All claims in this matter are **DISMISSED WITHOUT PREJUDICE**.

2. Any pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3. The Clerk of the Court shall enter the case as **CLOSED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 16 day of October, 2008.

                                                      Daniel T. K. Hurley
                                                      United States District Judge

*Copies provided to counsel of record*